■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL DAVIS, Appellant. [5 NYS3d 890]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Cohen, J.), rendered April 22, 2013, convicting him of burglary in the third degree and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the testimony of a police officer impermissibly bolstered the complainant's testimony (*see People v Trowbridge*, 305 NY 471 [1953]) is without merit (*see People v Brown*, 120 AD3d 710 [2014]; *People v Santiago*, 265 AD2d 351, 352 [1999]).

The defendant's contention that the verdict was repugnant is unpreserved for appellate review, as he failed to raise this issue before the jury was discharged (*see People v Alfaro*, 66 NY2d 985, 987 [1985]; *People v Boley*, 116 AD3d 965, 966 [2014]; *People v Jackson*, 101 AD3d 1153 [2012]; *People v Shamsiddeen*, 98 AD3d 694 [2012]). In any event, this contention is without merit (*see People v Dorvilier*, 122 AD3d 642 [2014]). Eng, P.J., Dillon, Chambers and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX DEVAUGHN, Appellant. [5 NYS3d 894]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 31, 2011 (*People v Devaughn*, 84 AD3d 1394 [2011]), affirming a judgment of the Supreme Court, Queens County, rendered September 9, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Dillon, Leventhal and Cohen, JJ., concur.